UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br> v. <br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF KATHRYN M. WAYMAN; PATRICIA L. CRANDELL; DAVID R. WAYMAN; ROBERT A. WAYMAN; UNKNOWN HEIRS AND LEGATEES OF KATHRYN M. WAYMAN; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS; <br><br> Defendants. | Case No.: 14-cv-5365 <br><br><br><br><br><br> Judge: Sharon Johnson Coleman <br><br> Magistrate Judge: Sheila M. Finnegan |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

     I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on November 20, 2014, and on the following non-ECF filers by first class mailing November 21, 2014:

William P. Butcher as Special Representative
of the Estate of Kathryn M. Wayman
2044 Ridge Road
Homewood, IL 60430

Patricia L. Crandell
501 S. 21st St
Paducah, KY  42003

David R. Wayman
306 Blossom Apt 203
Lakemoor, IL  60051

Robert A. Wayman
501 S. 21st St
Paducah, KY  42003

Unknown Heirs and Legatees
of Kathryn M. Wayman
924 North Ridge Avenue,
Arlington Heights, Illinois  60004

Unknown Owners and Non-Record Claimants
924 North Ridge Avenue,
Arlington Heights, Illinois  60004

                                                                              *s/Caleb J. Halberg*
                                                                              CALEB J. HALBERG
                                                                              Attorney for the United States
                                                                              223 W. Jackson Blvd., Suite 610
                                                                              Chicago, IL 60606
                                                                              (312) 263-0003
                                                                              chalberg@potestivolaw.com